IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE A. JOHNSON,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 12-cv-917-wmc

CAPLAIN SPARLING, WARDEN LIZZIE TEAGELS and DEPUTY WARDEN TIM THOMAS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Maurice A. Johnson leave to proceed and dismissing this case for failure to state a plausible claim for relief.

| /s/ | 4/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |